### Belle Isle *v.* Kindig.

Bloodworth, J. 1. The court properly overruled the motion to dismiss the case as to the defendant Belle Isle.

2. There is no merit in any of the special grounds of the motion for a new trial. See *Belle Isle* v. *Kindig,* ante, 293.

3. No harmful error of law was committed, there was evidence to support the verdict, and the judgment is

*Affirmed. Broyles, C. J., and Luke, J., concur.*
Decided May 11, 1920.

Action for damages; from Fulton superior court — Judge Pendleton. October 23, 1919.

This action was by the husband of the plaintiff in the case of *Belle Isle* v. *Kindig,* ante, 293. The material allegations were the same in both cases, and the cases were tried together.

*Smith, Hammond & Smith,* for plaintiff in error.

*Arminius Wright,* contra.